# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### U.S. Probation / Pretrial Services

**Myron L. Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

September 10, 2007

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschmidt Federal Building
35 East Mountain Street, Suite 559
Fayetteville, Arkansas 72701

RE: ROBLERO-Mejia, Natanael
Docket # 3:04CR30007-001
**Violation Report**

Dear Judge Hendren:

This is to seek the Court's guidance on the above case. As you may recall, Natanael Roblero-Mejia was sentenced by Your Honor on March 18, 2005, for Illegal Re-entry after Deportation for a Felony, to 12 months imprisonment and a 3 year term of supervised release. In a letter written by Your Honor dated April 25, 2005, it was noted that the defendant should receive jail credit from March 9, 2004, and it advised that the "date of offense" for the purposes of calculating jail credit should also be March 9, 2004. The defendant's release date was determined to be March 8, 2005, and his term of supervised release commenced this date. The defendant was subsequently removed from the United States on June 16, 2005.

Sometime on or before July 13, 2007, Roblero-Mejia illegally re-entered the United States. On July 13, 2007, Roblero-Mejia was arrested by the Delaware County Sheriff's Office in Jay, Oklahoma, for reckless driving, attempting to elude a police officer, and no driver's license. On August 31, 2007, the United States Probation Office received a notice from the FBI informing our office that Roblero-Mejia had been arrested. According to our records, Natanael Roblero-Mejia's term of supervised release will expire on March 7, 2008.

Natanael Roblero-Mejia illegally re-entered the United States, violated state law, and failed to report to the nearest U.S. Probation Office within 72 hours after re-entry into the United States. In view of the above facts, provided this meets with the Court's approval, our office respectfully requests a warrant be issued for Natanael Roblero-Mejia.

Should the Court require additional information, please advise.

Respectfully,

Trent M. Thompson
U.S. Probation Officer

___ Take No Action
✓ Issue a Warrant
___ Other _____

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
SEP 1 2 2007
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

Reviewed by:

William E. Dunn Jr.
Supervising U.S. Probation Officer

Honorable Jimm Larry Hendren
Chief U.S. District Judge

9/12/07
Date